(June 15, 1967)

In the Matter of WILLIAM T. MCKERNAN, as District Superintendent of Schools of the First Supervisory District, Sullivan County, et al., Respondents, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Appellant, and AMY B. CRIST, as District Superintendent of Schools of the Sole Supervisory District of Orange and Ulster Counties, et al., Respondents. — AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Aulisi, J.